# United States Bankruptcy Court
## Western District of New York

IN RE:                                                           Case No. _____

**Smith, Deborah S.** _____  Chapter **7** _____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **1,800.00**

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **1,800.00**

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **0.00**

2. The source of the compensation paid to me was: ☑ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is: ☐ Debtor   ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **March 18, 2009** | */s/ Jay D. Carr, Esq.* |
| Date | **Jay D. Carr, Esq.** |
| | **Carr Saglimben LLP** |
| | **235 N. Union St.** |
| | **Olean, NY  14760** |
| | |
| | **mablakely@carrsaglimben.com** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

<div align="center">

UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

</div>

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

### 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days before the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

#### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

#### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| _____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br>Address:<br><br>_____<br><br>_____<br><br>**X** _____<br>Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or partner whose Social Security number is provided above. | Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.)<br>(Required by 11 U.S.C. § 110.) |

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| | |
|---|---|
| **Smith, Deborah S.**<br>_____<br>Printed Name(s) of Debtor(s) | **X** _/s/ Deborah S. Smith_ _____ 3/18/2009<br>Signature of Debtor                          Date |
| Case No. (if known) _____ | **X** _____<br>Signature of Joint Debtor (if any)             Date |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Western District of New York | Voluntary Petition |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Smith, Deborah S.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**fdba Buffalo Outfitters Fly Shop** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **7586 / 26-0147361** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**9470 Route 242<br>Little Valley, NY**<br>ZIPCODE **14755** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Cattaraugus** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Smith, Deborah S.** |
|---|---|

<table>
<tr><td colspan="3" align="center"><b>Prior Bankruptcy Case Filed Within Last 8 Years</b> (If more than two, attach additional sheet)</td></tr>
<tr><td>Location<br>Where Filed:<b>None</b></td><td>Case Number:</td><td>Date Filed:</td></tr>
<tr><td>Location<br>Where Filed:</td><td>Case Number:</td><td>Date Filed:</td></tr>
</table>

<table>
<tr><td colspan="3" align="center"><b>Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor</b> (If more than one, attach additional sheet)</td></tr>
<tr><td>Name of Debtor:<br><b>Kenneth Smith</b></td><td>Case Number:<br><b>1-05-12365-CLB</b></td><td>Date Filed:<br><b>3/30/2005</b></td></tr>
<tr><td>District:<br><b>Western District Of New York</b></td><td>Relationship:<br><b>Husband</b></td><td>Judge:<br><b>Bucki</b></td></tr>
</table>

<table>
<tr>
<td><b>Exhibit A</b><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X  <i>/s/ Jay D. Carr, Esq.</i>                              3/18/09<br>    Signature of Attorney for Debtor(s)                    Date</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Smith, Deborah S.** |
|---|---|

### Signatures

| Signature(s) of Debtor (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Deborah S. Smith**
Signature of Debtor                                    **Deborah S. Smith**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**March 18, 2009**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

| Signature of Attorney* | Signature of Non-Attorney Petition Preparer |
|---|---|

**Signature of Attorney***

X **/s/ Jay D. Carr, Esq.**
Signature of Attorney for Debtor(s)

**Jay D. Carr, Esq.
Carr Saglimben LLP
235 N. Union St.
Olean, NY 14760**

**mablakely@carrsaglimben.com**

**March 18, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Western District of New York

IN RE:                                                     Case No. _____

**Smith, Deborah S.**                                    Chapter **7** _____

<div align="center">Debtor(s)</div>

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: ___*/s/ Deborah S. Smith*_____

Date: __**March 18, 2009**_____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Certificate Number: <u>01401-NYW-CC-005457014</u>

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>November 19, 2008</u>, at <u>9:34</u> o'clock <u>PM EST</u>,

<u>Deborah Smith</u> received from

<u>GreenPath, Inc.</u>,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

<u>Western District of New York</u>, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by telephone</u>.


Date: <u>November 19, 2008</u>       By       <u>/s/Holli Bratt for Ashley Curry</u>

                                     Name    <u>Ashley Curry</u>

                                     Title   <u>Bankruptcy Counselor</u>


* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

**IN RE** Smith, Deborah S. _____ Case No. _____
<div align="center">Debtor(s)                                         (If known)</div>

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **600 Broad St.**<br>**Salamanca, NY  14779** | **1/2 Fee Simple** | | **120,000.00** | **157,726.00** |
| **North State St.**<br>**Salamanca, NY 14779** | **1/2 Fee Simple** | | **8,000.00** | **0.00** |
| | | **TOTAL** | **128,000.00** | |

<div align="center">(Report also on Summary of Schedules)</div>

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Smith, Deborah S. _____ Case No. _____
      Debtor(s)                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

<div style="writing-mode: vertical">© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **Cash on hand** | | 2,450.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Cattaraugus Co. Bank (Checking)** | | 100.00 |
| | | **CCSC Fed Credit Union** | W | 20.00 |
| | | **Gowanda Federal Credit Union** | | 75.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **Furniture & Appliances** | | 2,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Apparel** | | 200.00 |
| 7.  Furs and jewelry. | | **Wedding Ring** | | 500.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term Life Ins. Policy** | | 0.00 |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **NYS Deferred Compensation** | | 19,000.00 |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |

IN RE **Smith, Deborah S.** _____     Case No. _____
<div align="center">Debtor(s)                                                          (If known)</div>

<div align="center">

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

</div>

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 Honda Civic** | | **2,500.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Smith, Deborah S.                                    Case No. _____
_____
                    Debtor(s)                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **26,845.00** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____  **0** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Smith, Deborah S. _____   Case No. _____
                                    Debtor(s)                                                      (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:         ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash on hand** | **Debtor & Creditor Law § 283** | 2,450.00 | 2,450.00 |
| **Cattaraugus Co. Bank (Checking)** | **Debtor & Creditor Law § 283** | 100.00 | 100.00 |
| **CCSC Fed Credit Union** | **Debtor & Creditor Law § 283** | 20.00 | 20.00 |
| **Furniture & Appliances** | **CPLR § 5205(a)(5)** | 2,000.00 | 2,000.00 |
| **Apparel** | **CPLR § 5205(a)(5)** | 200.00 | 200.00 |
| **Wedding Ring** | **CPLR § 5205(a)(6)** | 500.00 | 500.00 |
| **NYS Deferred Compensation** | **Debtor & Creditor Law § 282, CPLR § 5205(c)(2)** | 19,000.00 | 19,000.00 |
| **2004 Honda Civic** | **Debtor & Creditor Law § 282(1)** | 2,400.00 | 2,500.00 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Smith, Deborah S.                                                      Case No. _____
_____
                    Debtor(s)                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6409327703**<br><br>**Five Star Bank**<br>**44 Liberty St.**<br>**Warsaw, NY 14810** | | | **home equity loan**<br><br><br>VALUE $ **120,000.00** | | | | **42,000.00** | **37,726.00** |
| ACCOUNT NO.<br><br>**Woods Oviatt Gilman LLP**<br>**700 Crossroads Building, 2 State St.**<br>**Rochester, NY 14614** | | | **Assignee or other notification for:**<br>**Five Star Bank**<br><br><br>VALUE $ | | | | | |
| ACCOUNT NO. **2373185001**<br><br>**Five Star Bk**<br>**44 Liberty St**<br>**Bath, NY 14810** | J | | **Mortgage account opened 2005-08**<br><br><br>VALUE $ **120,000.00** | | | | **75,000.00** | |
| ACCOUNT NO.<br><br>**Phillips Lytle LLP**<br>**1400 First Federal Plaza**<br>**Rochester, NY 14614** | | | **Assignee or other notification for:**<br>**Five Star Bk**<br><br><br>VALUE $ | | | | | |

_____**1** continuation sheets attached

Subtotal
(Total of this page)  $ **117,000.00**   $ **37,726.00**

Total
(Use only on last page)  $ _____   $ _____

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

IN RE **Smith, Deborah S.** _____  Case No. _____
<div align="center">Debtor(s)          (If known)</div>

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9368021819514**<br><br>**Wells Fargo Hm Mortgag**<br>**PO Box 10368**<br>**Des Moines, IA  50306-0368** | X | J | **Mortgage account opened 1999-09-30**<br><br>VALUE $ **120,000.00** | | | | **40,726.00** | |
| ACCOUNT NO.<br><br>**Steven J. Baum, PC**<br>**220 Northpoinyr Parkway Ste. G**<br>**Amherst, NY  14228** | | | **Assignee or other notification for:**<br>**Wells Fargo Hm Mortgag**<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br>**US Bank National Association**<br>**3476 Stateview Blvd.**<br>**Ft. Mill, SC  29715** | | | **Assignee or other notification for:**<br>**Wells Fargo Hm Mortgag**<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br> | | | <br><br>VALUE $ | | | | | |

Sheet no. ____**1** of ____**1** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

<div align="right">Subtotal (Total of this page)    $ <b>40,726.00</b>    $</div>
<div align="right">Total (Use only on last page)    $ <b>157,726.00</b>    $ <b>37,726.00</b></div>

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Smith, Deborah S. _____ Case No. _____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Smith, Deborah S.** _____   Case No. _____
                                Debtor(s)                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. _(See Instructions Above.)_ | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **59362** <br><br> **Abrams, Davis & Keller, Inc.** <br> **1201 Sussex Turnpike, Ste. 102** <br> **Randolph, NJ  07869** | X | | **Debt adjusters** | | | | 643.61 |
| ACCOUNT NO. **8144268158pa00004** <br><br> **Aes/ Hsbc** <br> **Pob 2461** <br> **Harrisburg, PA  17101** | | | **Installment account opened 2007-09** | | | | 11,702.00 |
| ACCOUNT NO. **8144268158pa00003** <br><br> **Aes/natl Col** <br> **Pob 2461** <br> **Harrisburg, PA  17101** | | | **Installment account opened 2006-09** | | | | 5,583.00 |
| ACCOUNT NO. **8144268158pa00001** <br><br> **Aes/nct** <br> **Pob 2461** <br> **Harrisburg, PA  17105** | | | **Installment account opened 2004-08** | | | | 10,770.00 |

**12** continuation sheets attached

|  | Subtotal (Total of this page) | $ | 28,698.61 |
|---|---|---|---|
|  | Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Smith, Deborah S.** _____  Case No. _____
                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8144268158pa00002** <br> **Aes/nct** <br> **Pob 2461** <br> **Harrisburg, PA  17105** | | | **Installment account opened 2005-08** | | | | **8,196.00** |
| ACCOUNT NO. **P07AT239064** <br> **AMCA** <br> **PO Box 1235** <br> **Elmsford, NY  10523-0935** | | | **Collection (medical)** | | | | **226.60** |
| ACCOUNT NO. <br> **Quest Diagnostics Inc.** <br> **3 Giralda Farms** <br> **Madison, NJ  07940** | | | **Assignee or other notification for:** <br> **AMCA** | | | | |
| ACCOUNT NO. **142210** <br> **Angler Sport Group** <br> **6619 Oak Orchard Rd.** <br> **Elba, NY  14058** | X | | **equipment** | | | | **1,358.04** |
| ACCOUNT NO. **B218** <br> **Atlantic Salmon Federation (Canada)** <br> **PO Box 5200** <br> **St. Andrew, NB  E5B 3S8** | X | | **equipment** | | | | **18.40** |
| ACCOUNT NO. **5615** <br> **Bank Of America** <br> **PO Box 15726** <br> **Wilmington, DE  19886** | | | **credit card** | | | | **10,488.34** |
| ACCOUNT NO. **smith** <br> **Bee Publications, Inc.** <br> **5564 Main St.** <br> **Buffalo, NY  14231** | X | | **publications** | | | | **5,171.44** |

Sheet no. ___**1**___ of ___**12**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **25,458.82**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Smith, Deborah S.** _____    Case No. _____
_____ Debtor(s)                                                    (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Aaron Dautch Sternberg & Lawson. , LLP**<br>**730 Convention Tower**<br>**Buffalo, NY 14202** | | | Assignee or other notification for:<br>Bee Publications, Inc. | | | | |
| ACCOUNT NO.<br>**Cattaraugus County Sheriff Dept.**<br>**301 Court St.**<br>**Little Valley, NY 14755** | | | Assignee or other notification for:<br>Bee Publications, Inc. | | | | |
| ACCOUNT NO. **1601**<br>**Bk Of Amer**<br>**PO Box 22031**<br>**Greensboro, NC 27420** | | | Revolving account opened 2002-02 | | | | 13,474.00 |
| ACCOUNT NO. **ken11907A**<br>**Bob Henley's Tie-A-Fly**<br>**4511 Ashton Drive**<br>**Sacramento, CA 95864** | X | | equipment for business | | | | 364.10 |
| ACCOUNT NO.<br>**Buffalo Alarm Inc.**<br>**1325 Millersport Highway**<br>**Buffalo, NY 14221** | | | | | | | 176.00 |
| ACCOUNT NO. **4115-0770-3056-3607**<br>**Capital One**<br>**PO Box 70884**<br>**Charlotte, NC 28272-0884** | X | | credit card | | | | 440.09 |
| ACCOUNT NO. **1000204202**<br>**Chrysler Financial**<br>**PO Box 9001921**<br>**Louisville, KY 40290-1921** | | | Installment account opened 2006-04 | | | | 31,614.00 |

Sheet no. **2** of **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **46,068.19**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Smith, Deborah S.** _____ Case No. _____
<span>Debtor(s)</span>                                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

<div style="writing-mode: vertical-rl">© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2717**<br>**Citi Cards**<br>**PO Box 689106**<br>**Des Moines, IA 50368-9106** | | | credit card | | | | 4,092.61 |
| ACCOUNT NO. **6035320262192717**<br>**Citibank South Dakota N.A.**<br>**701 East 60th Street**<br>**North Sioux Falls, SD 57117** | | | | | | | 4,612.36 |
| ACCOUNT NO.<br>**United Recovery Systems**<br>**5800 North Course Drive**<br>**Houston, TX 77072** | | | Assignee or other notification for:<br>Citibank South Dakota N.A. | | | | |
| ACCOUNT NO. **835075861**<br>**College Loan**<br>**C/o Acs 501 B**<br>**Utica, NY 13501** | | | Installment account opened 2003-05 | | | | 6,774.00 |
| ACCOUNT NO. **20018358**<br>**Crystal Rock Bottled Water**<br>**PO Box 10028**<br>**Waterbury, CT 06725-0028** | X | | bottled water | | | | 105.79 |
| ACCOUNT NO. **599521**<br>**DeLage Landen**<br>**PO Box 41601**<br>**Phila, PA 19101-1601** | X | | equipment | | | | 506.94 |
| ACCOUNT NO. **6879450204012489500**<br>**Dell**<br>**PO Box 5275**<br>**Carol Stream, IL 60197-5275** | X | | computer | | | | 2,112.68 |

Sheet no. **3** of **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **18,204.38**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

**IN RE** Smith, Deborah S. _____ Case No. _____

<div align="center">Debtor(s)          (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **601100233074**<br><br>Discover Fin<br>Pob 15316<br>Wilmington, DE 19850 | | | Revolving account opened 2002-12 | | | | 9,209.00 |
| ACCOUNT NO. **6011-0026-8632-3148**<br><br>Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850 | | | Revolving account opened 2006-10-29 | | | | 11,478.66 |
| ACCOUNT NO.<br><br>Capital Managment Services, LP<br>726 Excange Street, Suite 700<br>Buffalo, NY 14210 | | | Assignee or other notification for:<br>Discover Fin Svcs Llc | | | | |
| ACCOUNT NO. **35866**<br><br>Exofficio<br>2321 Circadian Way<br>Santa Rosa, CA 95407-5416 | X | | equipment | | | | 60.00 |
| ACCOUNT NO. **smith**<br><br>Fishpond<br>9829 Widmer Rd.<br>Lenexa, KS 66215 | X | | equipment | | | | 2,647.71 |
| ACCOUNT NO. **smith**<br><br>Fly Fishing Guide<br>PO Box 331<br>Montoursville, PA 17754-0331 | X | | equipment | | | | 392.50 |
| ACCOUNT NO. **20**<br><br>Flymen Fishing Company LLC<br>PO Box 549<br>Charlotte, NC 28277 | X | | equipment | | | | 261.35 |

Sheet no. **4** of **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **24,049.22**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Smith, Deborah S.** _____ Case No. _____
　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **buffalo** <br><br>**Frank Amato Publication Inc.** <br>**PO Box 82112** <br>**Portland, OR  97282** | X | | **business publication** | | | | **184.08** |
| ACCOUNT NO. **122579** <br><br>**G Loomis** <br>**1359 Downriver Dr.** <br>**Woodland, WA  98674** | X | | **fishing equipment** | | | | **1,614.00** |
| ACCOUNT NO. **771410045298** <br><br>**Gemb/sams Club** <br>**Po Box 981400** <br>**El Paso, TX  79998** | | | **Revolving account opened 2008-04-17** | | | | **404.00** |
| ACCOUNT NO. **1167** <br><br>**Great Lakes Publishing** <br>**606 Crysler St.** <br>**Pittsburgh, PA  15226** | X | | **equipment** | | | | **149.92** |
| ACCOUNT NO. **6485** <br><br>**Griffin Enterprises Inc.** <br>**465A Ash Rd.** <br>**Kalispell, MT  59901** | X | | **equipment** | | | | **203.55** |
| ACCOUNT NO. **28** <br><br>**Hatch Magazine** <br>**16 Huntington Ave.** <br>**Amelia, OH  45102** | X | | **magazine** | | | | **41.64** |
| ACCOUNT NO. **smith** <br><br>**HMH** <br>**14 Main St. PO Box 18** <br>**Brunswick, ME  04011** | X | | **equipment for business** | | | | **782.82** |

Sheet no. ___**5**___ of ___**12**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,380.01**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

IN RE Smith, Deborah S. _____ Case No. _____
<br>Debtor(s) (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **211604090021**<br>**Hsbc/bontn**<br>**Pob 15521**<br>**Wilmington, DE 19805** | | | Revolving account opened 2001-10 | | | | 1,707.00 |
| ACCOUNT NO. **38572205-321-710-P01**<br>**IC Systems, Inc.**<br>**PO Box 64887**<br>**St. Paul, MN 55164-0887** | | | collection | | | | 127.00 |
| ACCOUNT NO.<br>**Paypal**<br>**PO Box 45950**<br>**Omaha, NE 68145-0950** | | | Assignee or other notification for: IC Systems, Inc. | | | | |
| ACCOUNT NO. **smith**<br>**Industrial Credit Serv.**<br>**3150 Richards Rd. Ste. 102**<br>**Bellevue, WA 98005-4446** | X | | collection | | | | 9,878.52 |
| ACCOUNT NO.<br>**Filson Corp.**<br>**PO Box 34020**<br>**Seattle, WA 98124** | | | Assignee or other notification for: Industrial Credit Serv. | | | | |
| ACCOUNT NO. **4906**<br>**Kennebec River Fly & Tackle Co.**<br>**14 Maine St. Box 18**<br>**Brunswick, ME 04011** | X | | equipment | | | | 274.80 |
| ACCOUNT NO. **048349971152**<br>**Kohls/chase**<br>**N56 W 17000 Ridgewood Dr**<br>**Menomonee Falls, WI 53051** | | | Revolving account opened 2007-07-17 | | | | 658.00 |

Sheet no. **6** of **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **12,645.32**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Smith, Deborah S.        Case No. _____
      Debtor(s)                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **BB6367**<br>**Kurowski Of Buffalo, Inc.**<br>**5655 Main St.**<br>**Williamsville, NY 14221** | X | | outdoor equipment | | | | **1,520.80** |
| ACCOUNT NO.<br>**Lawrence Read**<br>**385 Heim Road**<br>**Getzville, NY 14068** | | | | | | | **unknown** |
| ACCOUNT NO. **640035620**<br>**Mercantile Adjustment Bureau, LLC**<br>**PO Box 9016**<br>**Williamsvile, NY 14231** | | | collection (BD CK) | | | | **21.98** |
| ACCOUNT NO.<br>**Five Star Bank**<br>**44 Liberty St.**<br>**Warsaw, NY 14810** | | | Assignee or other notification for:<br>Mercantile Adjustment Bureau, LLC | | | | |
| ACCOUNT NO. **381474411**<br>**National Fuel**<br>**P.O. Box 4103**<br>**Buffalo, NY 14264** | | | | | | | **438.52** |
| ACCOUNT NO. **16237-24131**<br>**National Grid**<br>**PO Box 4798**<br>**Syracuse, NY 13221-4798** | X | | utilites | | | | **509.66** |
| ACCOUNT NO. **smith**<br>**NCO Financial Systems**<br>**PO Box 15630 Dept. 23**<br>**Wilmington, DE 19850-5630** | X | | collection | | | | **1,099.02** |

Sheet no. **7** of **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,589.98**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Smith, Deborah S.** _____ Case No. _____
　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Vortex Outdoors<br>753 West 1700 South<br>Salt Lake City, UT  84104-8410** | | | Assignee or other notification for:<br>**NCO Financial Systems** | | | | |
| ACCOUNT NO. **3447343**<br>**One Communications<br>PO Box 1927<br>Albany, NY  12201** | X | | **telephone** | | | | **713.90** |
| ACCOUNT NO. **8280760000847903**<br>**Outsource Receivable<br>261 Main St.<br>Arcade, NY  14009** | | | **Unknown account opened 2008-03** | | | | **1,598.00** |
| ACCOUNT NO.<br>**Olean General Hospital<br>500 Main St.<br>Olean, NY  14760** | | | Assignee or other notification for:<br>**Outsource Receivable** | | | | |
| ACCOUNT NO. **12200760000028711**<br>**Outsource Receivable<br>261 Main St.<br>Arcade, NY  14009** | | | **Unknown account opened 2008-07** | | | | **35.00** |
| ACCOUNT NO.<br>**Olean General Hospital<br>500 Main St.<br>Olean, NY  14760** | | | Assignee or other notification for:<br>**Outsource Receivable** | | | | |
| ACCOUNT NO. **8270760000869293**<br>**Outsource Receivable<br>261 Main St.<br>Arcade, NY  14009** | | | **Unknown account opened 2008-05** | | | | **16.00** |

Sheet no. ___**8**___ of ___**12**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,362.90**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Smith, Deborah S. _____ Case No. _____
　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Olean General Hospital**<br>**500 Main St.**<br>**Olean, NY  14760** | | | **Assignee or other notification for:**<br>**Outsource Receivable** | | | | |
| ACCOUNT NO. **9377** <br><br>**Overhead Door Co. Of Jamestown**<br>**1884  Mason Dr.**<br>**Jamestown, NY  14701** | X | | **2008  Door materials** | | | | **975.00** |
| ACCOUNT NO. **unknow** <br><br>**OVIS**<br>**178 Conservation Way**<br>**Sunderland, VT  05250-4465** | X | | **fly rods supplies** | | | | **12,126.02** |
| ACCOUNT NO. <br><br>**Relin, Goldstein & Crane, LLP**<br>**28 East Main St. Ste. 1800**<br>**Rochester, NY  14614-1918** | | | **Assignee or other notification for:**<br>**OVIS** | | | | |
| ACCOUNT NO. **smith** <br><br>**Rajeff Sports**<br>**7113 NW 25th St.**<br>**Vancouver, WA  98665** | X | | **equipment** | | | | **211.98** |
| ACCOUNT NO. **smith** <br><br>**Raymont C. Rumpf & Son**<br>**PO Box 319**<br>**Sellersville, PA  18960** | X | | **equipment** | | | | **1,912.10** |
| ACCOUNT NO. **592705-4-310** <br><br>**Receivables Control Corp.**<br>**PO Box 9658**<br>**Minneapolis, MN  55440-9658** | X | | **financial serv.** | | | | **9,785.91** |

Sheet no. ____**9**____ of ____**12**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **25,011.01**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Smith, Deborah S.** _____ Case No. _____
  Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **buf001**<br><br>**RIO Products Intl. Inc.**<br>**5050 S. Yellowstone Hwy.**<br>**Idaho Falls, ID  83402** | X | | equipment for business | | | | 87.29 |
| ACCOUNT NO. **buffalo 002723**<br><br>**Rivers West Apparel Inc.**<br>**2900 4th Ave. South**<br>**Seattle, WA  98134** | X | | apparel for business | | | | 583.06 |
| ACCOUNT NO. **buffalo**<br><br>**RL Winston Rod Company**<br>**PO Box 411**<br>**Twin Bridges, MT  59754** | X | | equipment for business | | | | 2,155.76 |
| ACCOUNT NO. **buffa14221**<br><br>**Simms Fishing Products**<br>**PO Box 3645**<br>**Bozeman, MT  59772** | X | | equipment for business | | | | 6,548.88 |
| ACCOUNT NO. **2008-17**<br><br>**Smartshield Sunscreens**<br>**PO Box 191091**<br>**Dallas, TX  75219** | X | | equipment for busienss | | | | 233.83 |
| ACCOUNT NO. **00-NY15131**<br><br>**Spirit River Inc.**<br>**423 Winchester St.**<br>**Roseburg, OR  97470** | X | | outdoor equipment | | | | 326.00 |
| ACCOUNT NO. **15549**<br><br>**Stone Creek LTD**<br>**2645 64th Ave.**<br>**Greeley, CO  80634-8906** | X | | items for business | | | | 439.85 |

Sheet no. **10** of **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **10,374.67**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Smith, Deborah S.** _____ Case No. _____
                      Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **R14221** <br><br>**Ted Juracsik Tool/Tibor Reel**<br>**255 North Congress Ave.**<br>**Delray Beach, FL  33445** | X | | equipment | | | | **688.00** |
| ACCOUNT NO.<br><br>**NCO Financial Systems**<br>**PO Box 4936**<br>**Trenton, NJ  08650** | | | Assignee or other notification for:<br>**Ted Juracsik Tool/Tibor Reel** | | | | |
| ACCOUNT NO. **6035320262192717**<br><br>**Thd/cbsd**<br>**Po Box 6497**<br>**Sioux Falls, SD  57117** | | | Revolving account opened 2007-05-02 | | | | **4,301.00** |
| ACCOUNT NO. **inv29519**<br><br>**The Waterworks-Lamson**<br>**PO Box 2367**<br>**Ketchum, ID  83340** | X | | business supplies | | | | **757.62** |
| ACCOUNT NO. **07964-0041030425**<br><br>**Transworld Systems**<br>**PO Box 1864**<br>**Santa Rosa, CA  95402** | | | Collection (home warranties) | | | | **552.42** |
| ACCOUNT NO.<br><br>**American Home Shield**<br>**PO Box 2803**<br>**Memphis, TN  38101-2803** | | | Assignee or other notification for:<br>**Transworld Systems** | | | | |
| ACCOUNT NO. **6420893**<br><br>**Unique National Collec**<br>**119 E Maple St**<br>**Jeffersonville, IN  47130** | | | Open account opened 2007-11-28 | | | | **102.00** |

Sheet no. ___**11**___ of ___**12**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | **6,401.04**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Smith, Deborah S.**                                    Case No. _____
_____
                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Monroe County Library System<br>115 South Ave.<br>Rochester, NY  14604** | | | **Assignee or other notification for:<br>Unique National Collec** | | | | |
| ACCOUNT NO.<br>**US Bank National Association<br>3476 Stateview Blvd.<br>Ft. Mill, SC  29715** | | | | | | | **0.00** |
| ACCOUNT NO. **44827**<br>**Whiting Farms Inc.<br>5796 Sawmill Mesa Rd.<br>Delta, CO  81416-3536** | X | | **equipment** | | | | **813.31** |
| ACCOUNT NO. **buffaloout**<br>**Xerographic Solutions<br>1387 Fairport Rd. Ste. 1000-A<br>Fairport, NY  14450** | X | | | | | | **210.41** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ___**12**___ of ___**12**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,023.72**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **207,267.87**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Smith, Deborah S.**        Case No. _____
           Debtor(s)                        (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Lawrence Read**<br>**385 Heim Rd.**<br>**Getzville, NY 14068** | **Commercial Lease**<br>**for store located at 5566 Main St. Williamsville, NY 14221** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Smith, Deborah S. _____ Case No. _____
                    Debtor(s)                                                    (If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Buffalo Outfitters Fly Shop**<br>**5655 Main St.**<br>**Williamsville, NY 14221** | **Kurowski Of Buffalo, Inc.**<br>**5655 Main St.**<br>**Williamsville, NY 14221**<br><br>**Spirit River Inc.**<br>**423 Winchester St.**<br>**Roseburg, OR 97470**<br><br>**Rivers West Apparel Inc.**<br>**2900 4th Ave. South**<br>**Seattle, WA 98134**<br><br>**Stone Creek LTD**<br>**2645 64th Ave.**<br>**Greeley, CO 80634-8906**<br><br>**One Communications**<br>**PO Box 1927**<br>**Albany, NY 12201**<br><br>**Rajeff Sports**<br>**7113 NW 25th St.**<br>**Vancouver, WA 98665**<br><br>**RIO Products Intl. Inc.**<br>**5050 S. Yellowstone Hwy.**<br>**Idaho Falls, ID 83402**<br><br>**Simms Fishing Products**<br>**PO Box 3645**<br>**Bozeman, MT 59772**<br><br>**Smartshield Sunscreens**<br>**PO Box 191091**<br>**Dallas, TX 75219**<br><br>**RL Winston Rod Company**<br>**PO Box 411**<br>**Twin Bridges, MT 59754**<br><br>**Ted Juracsik Tool/Tibor Reel**<br>**255 North Congress Ave.**<br>**Delray Beach, FL 33445**<br><br>**NCO Financial Systems**<br>**PO Box 15630 Dept. 23**<br>**Wilmington, DE 19850-5630**<br><br>**Whiting Farms Inc.**<br>**5796 Sawmill Mesa Rd.** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Smith, Deborah S. _____ Case No. _____
           Debtor(s)                                                        (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | **Delta, CO  81416-3536** |
| | **Xerographic Solutions**<br>**1387 Fairport Rd. Ste. 1000-A**<br>**Fairport, NY  14450** |
| | **Atlantic Salmon Federation (Canada)**<br>**PO Box 5200**<br>**St. Andrew, NB  E5B 3S8** |
| | **Fly Fishing Guide**<br>**PO Box 331**<br>**Montoursville, PA  17754-0331** |
| | **Flymen Fishing Company LLC**<br>**PO Box 549**<br>**Charlotte, NC  28277** |
| | **Great Lakes Publishing**<br>**606 Crysler St.**<br>**Pittsburgh, PA  15226** |
| | **Griffin Enterprises Inc.**<br>**465A Ash Rd.**<br>**Kalispell, MT  59901** |
| | **Hatch Magazine**<br>**16 Huntington Ave.**<br>**Amelia, OH  45102** |
| | **Kennebec River Fly & Tackle Co.**<br>**14 Maine St. Box 18**<br>**Brunswick, ME  04011** |
| | **Raymont C. Rumpf & Son**<br>**PO Box 319**<br>**Sellersville, PA  18960** |
| | **National Grid**<br>**PO Box 4798**<br>**Syracuse, NY  13221-4798** |
| | **Frank Amato Publication Inc.**<br>**PO Box 82112**<br>**Portland, OR  97282** |
| | **Fishpond**<br>**9829 Widmer Rd.**<br>**Lenexa, KS  66215** |
| | **Industrial Credit Serv.**<br>**3150 Richards Rd. Ste. 102**<br>**Bellevue, WA  98005-4446** |
| | **Exofficio**<br>**2321 Circadian Way**<br>**Santa Rosa, CA  95407-5416** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Smith, Deborah S. _____ Case No. _____

<p style="text-align:center">Debtor(s)</p>

<p style="text-align:right">(If known)</p>

<div style="text-align:center">

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

</div>

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Kenneth B. Smith<br>PO Box 185<br>Springville, NY 14141 | Dell<br>PO Box 5275<br>Carol Stream, IL 60197-5275<br><br>Capital One<br>PO Box 70884<br>Charlotte, NC 28272-0884<br><br>Bob Henley's Tie-A-Fly<br>4511 Ashton Drive<br>Sacramento, CA 95864<br><br>Abrams, Davis & Keller, Inc.<br>1201 Sussex Turnpike, Ste. 102<br>Randolph, NJ 07869<br><br>Crystal Rock Bottled Water<br>PO Box 10028<br>Waterbury, CT 06725-0028<br><br>Receivables Control Corp.<br>PO Box 9658<br>Minneapolis, MN 55440-9658<br><br>OVIS<br>178 Conservation Way<br>Sunderland, VT 05250-4465<br><br>The Waterworks-Lamson<br>PO Box 2367<br>Ketchum, ID 83340<br><br>Wells Fargo Hm Mortgag<br>PO Box 10368<br>Des Moines, IA 50306-0368<br><br>Overhead Door Co. Of Jamestown<br>1884 Mason Dr.<br>Jamestown, NY 14701<br><br>Bee Publications, Inc.<br>5564 Main St.<br>Buffalo, NY 14231<br><br>Ted Juracsik Tool/Tibor Reel<br>255 North Congress Ave.<br>Delray Beach, FL 33445<br><br>Angler Sport Group<br>6619 Oak Orchard Rd.<br>Elba, NY 14058<br><br>G Loomis<br>1359 Downriver Dr.<br>Woodland, WA 98674<br><br>HMH<br>14 Main St. PO Box 18<br>Brunswick, ME 04011 |

IN RE <u>Smith, Deborah S.</u>                        Case No. _____

                       Debtor(s)                                              (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | **DeLage Landen**<br>**PO Box 41601**<br>**Phila, PA  19101-1601** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Smith, Deborah S. _____     Case No. _____
Debtor(s)                                                                          (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Separated** | RELATIONSHIP(S):<br>**Son**<br>**Son** | AGE(S):<br>**18**<br>**15** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Case Manager** | |
| Name of Employer | **Western NY DDSO** | |
| How long employed | **24 years** | |
| Address of Employer | **1200 East & West Rd.**<br>**West Seneca, NY  14224** | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ | **4,442.27** | $ _____ |
| 2. Estimated monthly overtime | $ | _____ | $ _____ |
| **3. SUBTOTAL** | $ | **4,442.27** | $ _____ |
| 4. LESS PAYROLL DEDUCTIONS | | | |
|    a. Payroll taxes and Social Security | $ | **1,157.43** | $ _____ |
|    b. Insurance | $ | **244.43** | $ _____ |
|    c. Union dues | $ | _____ | $ _____ |
|    d. Other (specify)  See Schedule Attached | $ | **731.43** | $ _____ |
| | $ | _____ | $ _____ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ | **2,133.29** | $ _____ |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ | **2,308.98** | $ _____ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | _____ | $ _____ |
| 8. Income from real property | $ | _____ | $ _____ |
| 9. Interest and dividends | $ | _____ | $ _____ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | _____ | $ _____ |
| 11. Social Security or other government assistance | | | |
|    (Specify) _____ | $ | _____ | $ _____ |
| _____ | $ | _____ | $ _____ |
| 12. Pension or retirement income | $ | _____ | $ _____ |
| 13. Other monthly income | | | |
|    (Specify) _____ | $ | _____ | $ _____ |
| _____ | $ | _____ | $ _____ |
| _____ | $ | _____ | $ _____ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ | _____ | $ _____ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ | **2,308.98** | $ _____ |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)

$ _____ **2,308.98**

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Smith, Deborah S.** _____  Case No. _____

Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

|  | DEBTOR | SPOUSE |
|---|---|---|
| Other Payroll Deductions: |  |  |
| **ERS Loans** | **411.67** |  |
| **SEFA Of Buffalo** | **6.50** |  |
| **PEF Long Term Disability** | **19.37** |  |
| **PEF Member** | **39.98** |  |
| **Deferred Comp** | **253.91** |  |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Smith, Deborah S.** _____  Case No. _____
                    Debtor(s)                                     (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | **1,000.00** |
|   a. Are real estate taxes included?   Yes ____ No ✓ | | |
|   b. Is property insurance included?  Yes ____ No ✓ | | |
| 2. Utilities: | | |
|   a. Electricity and heating fuel | $ | **275.00** |
|   b. Water and sewer | $ | **75.00** |
|   c. Telephone | $ | **150.00** |
|   d. Other  **Cable** | $ | **55.00** |
|            **Internet** | $ | **32.00** |
| 3. Home maintenance (repairs and upkeep) | $ | **100.00** |
| 4. Food | $ | **400.00** |
| 5. Clothing | $ | **100.00** |
| 6. Laundry and dry cleaning | $ | **25.00** |
| 7. Medical and dental expenses | $ | **50.00** |
| 8. Transportation (not including car payments) | $ | **200.00** |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | **100.00** |
| 10. Charitable contributions | $ | **10.00** |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|   a. Homeowner's or renter's | $ | |
|   b. Life | $ | |
|   c. Health | $ | |
|   d. Auto | $ | **300.00** |
|   e. Other | $ | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|   (Specify) _____ | $ | |
|       _____ | $ | |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | | |
|   a. Auto | $ | |
|   b. Other | $ | |
|       _____ | $ | |
| 14. Alimony, maintenance, and support paid to others | $ | |
| 15. Payments for support of additional dependents not living at your home | $ | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | |
| 17. Other  **Personal Care Items** | $ | **75.00** |
|       _____ | $ | |
|       _____ | $ | |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.    $ **2,947.00**

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

### 20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
|   a. Average monthly income from Line 15 of Schedule I | $ | **2,308.98** |
|   b. Average monthly expenses from Line 18 above | $ | **2,947.00** |
|   c. Monthly net income (a. minus b.) | $ | **-638.02** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Smith, Deborah S.**_____ Case No. _____
<span style="display:block; text-align:center;">Debtor(s)</span>                                                                                  (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ 31 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **March 18, 2009**_____ Signature: ___*/s/ Deborah S. Smith*_____
                                                                      **Deborah S. Smith**                                                 Debtor

Date: _____ Signature: _____
                                                                                                                               (Joint Debtor, if any)
                                                                                      [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____     _____
Signature of Bankruptcy Petition Preparer     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____ Signature: _____

_____
                                                                                      (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Western District of New York

IN RE:                                                                                                Case No. _____

**Smith, Deborah S.**                                                                                Chapter **7** _____

<div align="center">Debtor(s)</div>

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | | |
|---|---|---|---|
| 88,880.45 | Employment | | |
| | 2006 | $ | 39,601.34 |
| | 2007 | $ | 49,279.11 |

**2. Income other than from employment or operation of business**

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Five Star Bank v. Deborah Smith and dba Buffalo Outfitters Fly Shop Index No. 74942** | **Summons** | **Supreme Court County of Cattaraugus** | |
| **Bee Publications, Inc. v. Deborah S. Smith, dba Buffalo Outfitters Index No. E14755** | **Judgment** | **State of New York County of Erie** | |
| **US Bank National Assoc. v. Deborah Smith Index No.: 75041** | **Foreclosure** | **State of New York Supreme Court County of Cattaraugus** | |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Daimler Chry. PO Box 9223 Farmington Hill, MI 48333** | **10/2008** | **2006 Dodge Ram Pickup $20,000.00** |

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Scott Bylewski, Esq.<br>385 Cleveland Dr.<br>Buffalo, NY 14215 | 8/2008 | 200.00 |
| Carr Saglimben LLP<br>235 North Union St.<br>Olean, NY 14760 | 9/2/08 | 1,800.00 |

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

| None | |
|---|---|
| ☑ | a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law. |

| None | |
|---|---|
| ☑ | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice. |

| None | |
|---|---|
| ☑ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |

**18. Nature, location and name of business**

| None | |
|---|---|
| ☑ | a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case. |

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| None | |
|---|---|
| ☑ | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101. |

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **March 18, 2009**　　　　　　Signature　***/s/ Deborah S. Smith***
　　　　　　　　　　　　　　　　　of Debtor　　　　　　　　　　　　　　**Deborah S. Smith**

Date: _____　　Signature _____
　　　　　　　　　　　　　　　　　of Joint Debtor
　　　　　　　　　　　　　　　　　(if any)

_____ **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.*

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Western District of New York

IN RE:                                          Case No. _____

**Smith, Deborah S.**                           Chapter **7** _____

_____
Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Five Star Bank** | **Describe Property Securing Debt:**<br>**600 Broad St.** |

Property will be *(check one)*:
- [x] Surrendered   [ ] Retained

If retaining the property, I intend to *(check at least one)*:
- [ ] Redeem the property
- [ ] Reaffirm the debt
- [ ] Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
- [ ] Claimed as exempt   [x] Not claimed as exempt

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:**<br>**Five Star Bk** | **Describe Property Securing Debt:**<br>**600 Broad St.** |

Property will be *(check one)*:
- [x] Surrendered   [ ] Retained

If retaining the property, I intend to *(check at least one)*:
- [ ] Redeem the property
- [ ] Reaffirm the debt
- [ ] Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
- [ ] Claimed as exempt   [x] Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**Lawrence Read** | **Describe Leased Property:**<br>**Commercial Lease** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>[ ] Yes [x] No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>[ ] Yes [ ] No |

___**1** continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _____**March 18, 2009**_____     */s/ Deborah S. Smith* _____
                                        Signature of Debtor

                                        _____
                                        Signature of Joint Debtor

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

**PART A** – Continuation

<div style="vertical-text">© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Wells Fargo Hm Mortgag** | **Describe Property Securing Debt:**<br>**600 Broad St.** |

Property will be *(check one)*:
☑ Surrendered  ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt  ☑ Not claimed as exempt

| Property No. | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
☐ Surrendered  ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt  ☐ Not claimed as exempt

| Property No. | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
☐ Surrendered  ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt  ☐ Not claimed as exempt

**PART B** – Continuation

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

Continuation sheet ___**1**___ of ___**1**___

# United States Bankruptcy Court
## Western District of New York

IN RE:                                                    Case No. _____

Smith, Deborah S._____       Chapter **7**_____
                          Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **March 18, 2009**_____       Signature: **/s/ Deborah S. Smith**_____
                                                     **Deborah S. Smith**                                    Debtor


Date: _____       Signature: _____
                                                                                      Joint Debtor, if any

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Aaron Dautch Sternberg & Lawson. , LLP
730 Convention Tower
Buffalo, NY  14202


Abrams, Davis & Keller, Inc.
1201 Sussex Turnpike, Ste. 102
Randolph, NJ  07869


Aes/ Hsbc
Pob 2461
Harrisburg, PA  17101


Aes/natl Col
Pob 2461
Harrisburg, PA  17101


Aes/nct
Pob 2461
Harrisburg, PA  17105


AMCA
PO Box 1235
Elmsford, NY  10523-0935


American Home Shield
PO Box 2803
Memphis, TN  38101-2803


Angler Sport Group
6619 Oak Orchard Rd.
Elba, NY  14058


Atlantic Salmon Federation (Canada)
PO Box 5200
St. Andrew, NB  E5B 3S8

Bank Of America
PO Box 15726
Wilmington, DE  19886


Bee Publications, Inc.
5564 Main St.
Buffalo, NY  14231


Bk Of Amer
PO Box 22031
Greensboro, NC  27420


Bob Henley's Tie-A-Fly
4511 Ashton Drive
Sacramento, CA  95864


Buffalo Alarm Inc.
1325 Millersport Highway
Buffalo, NY  14221


Buffalo Outfitters Fly Shop
5655 Main St.
Williamsville, NY  14221


Capital Managment Services, LP
726 Excange Street, Suite 700
Buffalo, NY  14210


Capital One
PO Box 70884
Charlotte, NC  28272-0884


Cattaraugus County Sheriff Dept.
301 Court St.
Little Valley, NY  14755

Chrysler Financial
PO Box 9001921
Louisville, KY  40290-1921


Citi Cards
PO Box 689106
Des Moines, IA  50368-9106


Citibank South Dakota N.A.
701 East 60th Street
North Sioux Falls, SD  57117


College Loan
C/o Acs 501 B
Utica, NY  13501


Crystal Rock Bottled Water
PO Box 10028
Waterbury, CT  06725-0028


DeLage Landen
PO Box 41601
Phila, PA  19101-1601


Dell
PO Box 5275
Carol Stream, IL  60197-5275


Discover Fin
Pob 15316
Wilmington, DE  19850


Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE  19850

Exofficio
2321 Circadian Way
Santa Rosa, CA  95407-5416


Filson Corp.
PO Box 34020
Seattle, WA  98124


Fishpond
9829 Widmer Rd.
Lenexa, KS  66215


Five Star Bank
44 Liberty St.
Warsaw, NY  14810


Five Star Bk
44 Liberty St
Bath, NY  14810


Fly Fishing Guide
PO Box 331
Montoursville, PA  17754-0331


Flymen Fishing Company LLC
PO Box 549
Charlotte, NC  28277


Frank Amato Publication Inc.
PO Box 82112
Portland, OR  97282


G Loomis
1359 Downriver Dr.
Woodland, WA  98674

Gemb/sams Club
Po Box 981400
El Paso, TX  79998


Great Lakes Publishing
606 Crysler St.
Pittsburgh, PA  15226


Griffin Enterprises Inc.
465A Ash Rd.
Kalispell, MT  59901


Hatch Magazine
16 Huntington Ave.
Amelia, OH  45102


HMH
14 Main St. PO Box 18
Brunswick, ME  04011


Hsbc/bontn
Pob 15521
Wilmington, DE  19805


IC Systems, Inc.
PO Box 64887
St. Paul, MN  55164-0887


Industrial Credit Serv.
3150 Richards Rd. Ste. 102
Bellevue, WA  98005-4446


Kennebec River Fly & Tackle Co.
14 Maine St. Box 18
Brunswick, ME  04011

```
Kenneth B. Smith
PO Box 185
Springville, NY  14141


Kohls/chase
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI  53051


Kurowski Of Buffalo, Inc.
5655 Main St.
Williamsville, NY  14221


Lawrence Read
385 Heim Rd.
Getzville, NY  14068


Lawrence Read
385 Heim Road
Getzville, NY  14068


Mercantile Adjustment Bureau, LLC
PO Box 9016
Williamsvile, NY  14231


Monroe County Library System
115 South Ave.
Rochester, NY  14604


National Fuel
P.O. Box 4103
Buffalo, NY  14264


National Grid
PO Box 4798
Syracuse, NY  13221-4798
```

```
NCO Financial Systems
PO Box 4936
Trenton, NJ  08650


NCO Financial Systems
PO Box 15630 Dept. 23
Wilmington, DE  19850-5630


Olean General Hospital
500 Main St.
Olean, NY  14760


One Communications
PO Box 1927
Albany, NY  12201


Outsource Receivable
261 Main St.
Arcade, NY  14009


Overhead Door Co. Of Jamestown
1884  Mason Dr.
Jamestown, NY  14701


OVIS
178 Conservation Way
Sunderland, VT  05250-4465


Paypal
PO Box 45950
Omaha, NE  68145-0950


Phillips Lytle LLP
1400 First Federal Plaza
Rochester, NY  14614
```

Quest Diagnostics Inc.
3 Giralda Farms
Madison, NJ  07940


Rajeff Sports
7113 NW 25th St.
Vancouver, WA  98665


Raymont C. Rumpf & Son
PO Box 319
Sellersville, PA  18960


Receivables Control Corp.
PO Box 9658
Minneapolis, MN  55440-9658


Relin, Goldstein & Crane, LLP
28 East Main St. Ste. 1800
Rochester, NY  14614-1918


RIO Products Intl. Inc.
5050 S. Yellowstone Hwy.
Idaho Falls, ID  83402


Rivers West Apparel Inc.
2900 4th Ave. South
Seattle, WA  98134


RL Winston Rod Company
PO Box 411
Twin Bridges, MT  59754


Simms Fishing Products
PO Box 3645
Bozeman, MT  59772

```
Smartshield Sunscreens
PO Box 191091
Dallas, TX  75219


Spirit River Inc.
423 Winchester St.
Roseburg, OR  97470


Steven J. Baum, PC
220 Northpoinyr Parkway Ste. G
Amherst, NY  14228


Stone Creek LTD
2645 64th Ave.
Greeley, CO  80634-8906


Ted Juracsik Tool/Tibor Reel
255 North Congress Ave.
Delray Beach, FL  33445


Thd/cbsd
Po Box 6497
Sioux Falls, SD  57117


The Waterworks-Lamson
PO Box 2367
Ketchum, ID  83340


Transworld Systems
PO Box 1864
Santa Rosa, CA  95402


Unique National Collec
119 E Maple St
Jeffersonville, IN  47130
```

United Recovery Systems
5800 North Course Drive
Houston, TX  77072


US Bank National Association
3476 Stateview Blvd.
Ft. Mill, SC  29715


Vortex Outdoors
753 West 1700 South
Salt Lake City, UT  84104-8410


Wells Fargo Hm Mortgag
PO Box 10368
Des Moines, IA  50306-0368


Whiting Farms Inc.
5796 Sawmill Mesa Rd.
Delta, CO  81416-3536


Woods Oviatt Gilman LLP
700 Crossroads Building, 2 State St.
Rochester, NY  14614


Xerographic Solutions
1387 Fairport Rd. Ste. 1000-A
Fairport, NY  14450

**Thomas P. DiNapoli**
**State Comptroller**

DEBORAH S SMITH

| | | | Current | Total Gross | Fed Taxable Gro |
|---|---|---|---|---|---|
| | | | | 2,050.28 | 1,854.1 |
| | | | YTD | 55,552.21 | 55,914.2 |

| Advice # | 48635344 | Pay Start Date | 08/14/2008 | Negotiating Unit | 05 | | **Net Pay** | **1,121.10** |
| Advice Date | 09/11/2008 | Pay End Date | 08/27/2008 | Retirement System | ERS | | | |

Department ID  51330

Pay Rate    53,454.00

| EARNINGS | | | | | | TAX DATA | | Pay Rate | 53,454.00 |
|---|---|---|---|---|---|---|---|---|---|

| | Current | | YTD | | | | Federal | State | NYC | Yonkers |
|---|---|---|---|---|---|---|---|---|---|---|
| EARNINGS | Hrs/Days | Earnings | Hrs/Days | Earnings | | | | | | |
| Regular Pay Salary Employee | | 2,950.28 | | 54,898.93 | | Marital Status | S | S | | |
| Retro Adj OT Meals | | | | 0.50 | | Allowances | 0 | 0 | | |
| Retro OT - Annuals | | | | 6.25 | | Addt'l Amt. | | | | |
| Retro Regular Pay Salaried | | | | 2,044.55 | | | | | | |

| | | | | | | TAXES | | Current | | YTD |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Fed Withholding | | 392.72 | | 5,722.8 |
| | | | | | | Medicare | | 28.63 | | 640.1 |
| | | | | | | | | 126.29 | | 2,589.4 |
| | | | | | | NY Withholding | | 95.36 | | 1,759.4 |

| BEFORE TAX DEDUCTIONS | Current | | YTD | | AFTER TAX DEDUCTIONS | | Current | | Y |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| Regular Before Tax Health | 77.71 | | 1,677.18 | | ERS Retirement After Tax | | 141.08 | | 2,679. |
| Deferred Comp | 118.55 | | 2,234.95 | | ERS Loans | | 3.19 | | 57. |
| Special Before Tax Health Adj | | | 25.36 | | S/F/A of Buffalo & Erie County | | 15.75 | | 286. |
| | | | | | Life Insurance FEF | | 7.66 | | 146. |
| | | | | | FEF Long Term Disability | | 18.45 | | 350. |
| | | | | | FEF Member | | | | |

---

**September 11, 2008**

Deposited in the Account(s) of    DEBORAH S SMITH

**Direct Deposit Distribution**    Account Number(s) not displayed to protect your privacy

| Trans# | Account Type | Deposit |
|---|---|---|
| 222380757 | Savings | 40.00 |
| 022304030 | Checking | 250.00 |
| 022097820 | Checking | 831.10 |
| | | |
| Total | | 1,121.10 |

---

**Advice No. 48635344**

**NON-NEGOTIABLE**

| NET DISTRIBUTIONS | |
|---|---|
| Advice # 48635344 | 1,121.10 |
| Check # | |
| | |
| Total | 1,121.10 |

Home > Compensate Employees · Maintain Payroll Data (US) > Inquire > Paycheck Data    New Window

/ Paycheck Earnings \/ Payche k Taxes \( Paycheck Deductions )

| Company: | NYS | Pay Group: | ILA | | | |
|---|---|---|---|---|---|---|

**Company:** NYS  **Pay Group:** ILA   **Pay Period End:** 09/10/2008
**EmplID:** 083507586  **Name:** SMITH,DEBORAH S                    **Page:**
**Confirmed** Advice                                                 **Line:**
☐ Off Cycle ?  ☐ Reprint  ☐ Adjustment  ☐ Corrected  Sep Chk #:

| Issue Date 09/25/2008 | Check # 48849181 | Earnings 2,050.28 | Taxes 547.17 | Deductions 382.00 | Net Pay 1,121.11 |
|---|---|---|---|---|---|

**Taxes**

Find | View All    First    1-4 of 4    La

| State / Resident | Tax Entity US Federal | Tax Class MED/EE | Tax Amount 28.60 | Taxable Gross 1,972.49 | No Limit Gross / Tax Not Taken 1,972.49 | AP Status |
|---|---|---|---|---|---|---|
| | US Federal | OASDI/EE | 122.29 | 1,972.49 | 1,972.49 | |
| | US Federal | Withholdng | 302.92 | 1,854.14 | | |
| NY Y | State | Withholdng | 93.36 | 1,854.14 | | |

**Tax Tips**

Find | View All    First    1-4 of 4    La

| State / Resident | Tax Entity US Federal | Tax Class MED/EE | Tax Amount 28.60 | Taxable Gross 1,972.49 | Current Tips / Delayed Tips | AP Status |
|---|---|---|---|---|---|---|
| | US Federal | OASDI/EE | 122.29 | 1,972.49 | | |
| | US Federal | Withholdng | 302.92 | 1,854.14 | | |
| NY Y | State | Withholdng | 93.36 | 1,854.14 | | |

**1042 Taxes**

(Save) (Return to Search) (+ Next in List) (Previous in List) (Previous tab) (Next tab)

Paycheck Earnings | Paycheck Taxes | Paycheck Deductions

Home > Compensate Employees · Maintain Payroll Data (US) > Inquire > Paycheck Data     New Window

| Paycheck Earnings | Paycheck Taxes | Paycheck Deductions |

| Company: | NYS | Pay Group: | ILA | Pay Period End: | 09/10/2008 | |
|---|---|---|---|---|---|---|
| EmplID: | 083507586 | Name: | SMITH,DEBORAH S | | | Page: |
| Confirmed | Advice | | | | | Line: |

☐ Off Cycle ?   ☐ Reprint   ☐ Adjustment   ☐ Corrected   Sep Chk #:

| Issue Date | Check # | Earnings | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| 09/25/2008 | 48849181 | 2,050.28 | 547.17 | 382.00 | 1,121.11 |

**Deductions**

Find | View 3    First    1-8 of 8

| Benefit Plan Code | | Class | Ben Rcd#/ Plan Type * | Amount | Amt Not Taken/ Calculated Base | Payback Amt/ Refund Amt   AP Statu |
|---|---|---|---|---|---|---|
| Deferred Comp | | | 0 | | | |
| OSC457 | 416 | Before-Tax | 457 | 118.35 | | |
| ERS Retirement After Tax | | | 0 | | | |
| ERSAFT | 607 | After-Tax | ERS | | 2,050.28 | |
| PEF Member | | | 999 | 18.45 | | |
| | 233 | After-Tax | General | | | |
| Life Insurance PEF | | | 999 | 15.75 | | |
| | 345 | After-Tax | General | | | |
| PEF Long Term Disability | | | 999 | 7.66 | | |
| | 357 | After-Tax | General | | | |
| ERS Loans | | | 999 | 141.00 | | |
| | 610 | After Tax | General | | | |
| SEFA of Buffalo & Erie County | | | 999 | 3.00 | | |
| | 857 | After Tax | General | | | |
| Regular Before Tax Health | | | 999 | 77.79 | | |
| | HIBTRG | Before-Tax | General | | | |

**Net Pay Distribution**

Find | View All    First    1-2 of 2

| Check/Advice# | Account Type | Bank ID | Account# | Amount |
|---|---|---|---|---|
| 48849181 | Savings | 222380757 | 49171 | 40.00 |
| 48849181 | Checking | 022307820 | 1010023853 | 1081.11 |

💾 Save   🔍 Return to Search   ⏭ Next in List   ⏮ Previous in List   📖 Previous tab

Paycheck Earnings | Paycheck Taxes | Paycheck Deductions

Home > Compensate Employees > Maintain Payroll Data (US) > Inquire > Paycheck Data    New Window

| Paycheck Earnings | Paycheck Taxes | Paycheck Deductions |

| Company: | NYS | Pay Group: | ILA | Pay End Dt: | 09/10/2008 | | Page: | 11: |
| EmplID: | 083507586 | Name: | SMITH,DEBORAH S | | | | Line: | |
| Confirmed | Advice | | ☐ Off Cycle ? | ☐ Reprint | ☐ Adjustment | ☐ Corrected | Sep Chk #: | |

| Issue Date | Check # | Earnings | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| 09/25/2008 | 48849181 | 2,050.28 | 547.17 | 382.00 | 1,121.11 |

**Earnings**                                               Find | View All    First    1 of 1    Last

| Begin-End Dates | | Emp Rcd# | Ben Rcd# | Addl # | Reason | | Additional Data |
|---|---|---|---|---|---|---|---|
| 08/28/2008 | 09/10/2008 | 0 | 0 | | None | | |

| | Rate Code | Hours | | Earnings | | |
|---|---|---|---|---|---|---|
| Regular: | | | | | FLSA Rate: | |
| Overtime: | | | | | Shift/Rate: | N / |
| Reg Earns: | | 80.00 | | 2,050.28 | State: | NY |
| Rate Used: | Hourly Rate | | | | Locality: | |

**Other Earnings**                                         Find | View All    First    1 of 1    Last

| Code | Description | Rate Code | Hours | Amount + T R |
|---|---|---|---|---|

| Special Accumulator(s) | |

🖫 Save    🔍 Return to Search    ⬇ Next in List    ⬆ Previous in List    ✎    ⟳ Next tab

Paycheck Earnings | Paycheck Taxes | Paycheck Deductions

**Thomas P. DiNapoli**
**State Comptroller**

DEBORAH S SMITH

| | Current | YTD |
|---|---|---|
| Total Gross | 2,950.28 | 45,452.77 |
| Fed Taxable Gro | 1,956.17 | 30,722.5 |

| Advice # | 49067048 | Pay Start Date 09/11/2008 | Negotiating Unit 05 |
| Advice Date | 10/09/2008 | Pay End Date 09/24/2008 | Retirement System ERS |
| Department ID | 51330 | | |

**Net Pay    1,121.09**

Pay Rate    53,454.00

**EARNINGS**

| | Current | | YTD | |
|---|---|---|---|---|
| | Hrs/Days | Earnings | Hrs/Days | Earnings |
| Regular Pay-Salary Employee | | 2,056.28 | | 40,999.44 |
| Retro Adj OT Meals | | | | 0.59 |
| Retro OT Annuals | | | | 6.23 |
| Retro Regular Pay Salaried | | | | 2,046.55 |

**TAX DATA**

| | Federal | State | NYC | Yonkers |
|---|---|---|---|---|
| Marital Status | S | S | | |
| Allowances | 0 | 0 | | |
| Addl. Amt. | | | | |

**TAXES**

| | Current | YTD |
|---|---|---|
| Medicare | 102.92 | 6,328.78 |
| Social Security | 28.61 | 397.52 |
| NY Withholding | 122.30 | 2,554.04 |
| | 91.56 | 1,746.19 |

**BEFORE TAX DEDUCTIONS**

| | Current | YTD |
|---|---|---|
| Regular Before Tax Health | 72.79 | 1,452.24 |
| Deferred Comp | 116.55 | 2,471.65 |
| Special Before Tax Health Adj | | 25.86 |

**AFTER TAX DEDUCTIONS**

| | Current | YTD |
|---|---|---|
| ERS Retirement After Tax | 141.00 | 2,961.00 |
| ERS Loan | 3.80 | 15.80 |
| SEFA of Buffalo & Erie County | 15.25 | 292.41 |
| Life Insurance PEF | 7.66 | 162.10 |
| PEF Long Term Disability | 18.45 | 387.35 |
| PEF Member | | |

**Advice No. 49067048**

**NON-NEGOTIABLE**

**NET DISTRIBUTIONS**

Advice # 49067048       1,121.09
Check #
Total                   1,121.09

October 09, 2008

Deposited in the Account(s) of    DEBORAH S SMITH

**Direct Deposit Distribution    Account Number(s) not displayed to protect your privacy**

| Transit # | Account Type | Deposit |
|---|---|---|
| 2222R0757 | Savings | 40.00 |
| 022387820 | Checking | 1,081.09 |
| Total | | 1,121.09 |

| | | | | | Total Gross | Fed Taxable Gross |
|---|---|---|---|---|---|---|
| | | | | Current | 2,050.28 | 1,656.14 |
| | | | | YTD | 45,135.05 | 43,571.64 |

**Thomas P. DiNapoli**
**State Comptroller**

DEBORAH S SMITH

| Advice # | 49285116 | Pay Start Date | 09/25/2008 | Negotiating Unit | 05 |
|---|---|---|---|---|---|
| Advice Date | 10/23/2008 | Pay End Date | 10/08/2008 | Retirement System | ERS |

Department ID  51330

**Net Pay  1,121.11**

Pay Rate  53,454.00

**TAX DATA**

| | Federal | State | NYC | Yonkers |
|---|---|---|---|---|
| Marital Status | S | S | | |
| Allowances | 0 | 0 | | |
| Addl. Amt. | | | | |

**EARNINGS**

| | Current | | YTD | |
|---|---|---|---|---|
| | Hrs/Days | Earnings | Hrs/Days | Earnings |
| Regular Pay Salary Employee | | 2,050.28 | | 45,049.77 |
| Retro Adj OT Meals | | | | 8.50 |
| Retro OT - Annuals | | | | 8.23 |
| Retro Regular Pay Salaried | | | | 2,046.55 |

**TAXES**

| | Current | YTD |
|---|---|---|
| Fed Withholding | 302.42 | 6,651.62 |
| Medicare | 28.18 | 625.92 |
| Social Security | 122.29 | 2,674.33 |
| NY Withholding | 93.36 | 2,039.55 |

**BEFORE TAX DEDUCTIONS**

| | Current | YTD |
|---|---|---|
| Regular Before Tax Health | 77.29 | 1,510.55 |
| Deferred Comp | 118.55 | 2,590.00 |
| Special Before Tax Health Adj | | 25.26 |

**AFTER TAX DEDUCTIONS**

| | Current | YTD |
|---|---|---|
| ERS Retirement After Tax | | |
| ERS Loans | | |
| SEFA of Buffalo & Erie County | | |
| Life Insurance PEF | | |
| PEF Long Term Disability | | |
| PEF Member | | |

| | Current | YTD |
|---|---|---|
| | 141.80 | 5,102.90 |
| | 3.20 | 16.29 |
| | 15.75 | 503.16 |
| | 7.66 | 165.76 |
| | 18.45 | 605.01 |

Advice No. 49285116

**NON-NEGOTIABLE**

**NET DISTRIBUTIONS**

| | |
|---|---|
| Advice # 49285116 | 1,121.11 |
| Check # | |
| Total | 1,121.11 |

October 23, 2008

Deposited in the Account(s) of  DEBORAH S SMITH

Direct Deposit Distribution   Account Number(s) not displayed to protect your privacy

| Tran# | Account Type | Deposit |
|---|---|---|
| 222380757 | Savings | 60.00 |
| 022307870 | Checking | 1,061.11 |
| Total | | 1,121.11 |



Thomas P. DiNapoli
State Comptroller

DEBORAH S SMITH

| Advice # | 49506437 |
| Advice Date | 11/06/2008 |
| Department ID | 51330 |

| | Pay Start Date | 10/09/2008 |
| | Pay End Date | 10/22/2008 |

Negotiating Unit    05
Retirement System   ERS

Total/Gross    Fed Taxable
Current    2,069.20     1,85...
YTD        47,155.33   42,43...

**Net Pay    1,121.10**

Pay Rate    53,454.00

**EARNINGS**

| | Current | | YTD | |
| | Hrs/Days | Earnings | Hrs/Days | Earnings |
| Regular Pay Salary Employee | | 2,056.28 | | 45,174.85 |
| Retro Adj OT Meals | | | | 0.50 |
| Retro Adj - Annuals | | | | 8.23 |
| Retro Regular Pay Salaried | | | | 2,044.55 |

**TAX DATA**

| | Federal | State | NYC | Yonkers |
| Marital Status | | | | |
| Allowances | | $ | $ | |
| Addl. Amt. | | 0 | 0 | |

**TAXES**

| | Current | | | YT |
| Fed Withho... | | | | 302.92 | | | 6,934. |
| Medicare | | | | 28.68 | | | 646. |
| Social Security | | | | 122.59 | | | 2,798. |
| NY Withholding | | | | 93.86 | | | 2,132. |

**BEFORE TAX DEDUCTIONS**

| | Current | YTD |
| Regular Before Tax Health | 77.24 | 1,929.34 |
| DelavanComp | 118.35 | 2,796.35 |
| Spec/l Before Tax Health Adj | | 29.86 |

**AFTER TAX DEDUCTIONS**

| | Current | | | YT |
| ERS Retirement After Tax | | 141.03 | | | 3,243. |
| ERS Loan | | 3.00 | | | 69. |
| SEFA of Buffalo & Erie County | | | | | 325. |
| Life Insurance PEF | | 15.75 | | | 177. |
| PEF Long Term Disability | | 7.44 | | | 424. |
| PEF Member | | 18.66 | | |

November 06, 2008

Deposited in the Account(s) of    DEBORAH S SMITH

**Direct Deposit Distribution    Account Number(s) not displayed to protect your privacy**

| Transit # | Account Type | Deposit |
| 022380757 | Savings | -0.00 |
| 022307920 | Checking | 1,081.10 |
| Total | | 1,121.10 |

Advice No. 49506437

**NON-NEGOTIABLE**

**NET DISTRIBUTIONS**

| Advice # 49506437 | 1,121.10 |
| Check # | |
| Total | 1,121.10 |

State Comptroller

DEBORAH S SMITH

| | | |
|---|---|---|
| Advice # | 49730243 | Pay Start Date | 10/23/2008 | Negotiating Unit | 05 |
| Advice Date | 11/20/2008 | Pay End Date | 11/05/2008 | Retirement System | ERS |
| Department ID | 51330 | | | | |

| | | Total Gross | Fed Taxable Gr |
|---|---|---|---|
| Current | | 2,365.28 | 1,862. |
| YTD | | 49,293.61 | 44,264. |

**Net Pay    1,121.11**

Pay Rate    53,454.00

### EARNINGS

| | Current | | | YTD | |
|---|---|---|---|---|---|
| | HrsDays | Earnings | HrsDays | Earnings | |
| Regular Pay, Salary Employee | | 2,450.28 | | 47,159.33 | |
| Retro Adj OT Meals | | | | 0.59 | |
| Retro OT - Annuals | | | | 8.23 | |
| Retro Regular Pay Salaried | | | | 2,044.55 | |

### TAX DATA

| | Federal | State | NYC | Yonkers |
|---|---|---|---|---|
| Marital Status | S | S | | |
| Allowances | 5 | 5 | | |
| Add'l Amt. | 5 | 5 | | |

### TAXES

| | Current | | YT |
|---|---|---|---|
| Fed Withholding | 392.92 | | 7,237. |
| Medicare | 28.59 | | 685.1 |
| Social Security | 122.29 | | 2,920.1 |
| NY Withholding | 93.36 | | 2,228.3 |

### BEFORE TAX DEDUCTIONS

| | Current | YTD |
|---|---|---|
| Regular Before Tax Health | 77.79 | 2,041.15 |
| Deferred Comp | 118.35 | 2,826.79 |
| Special Before Tax Health Adj | | 25.86 |

### AFTER TAX DEDUCTIONS

| | Current | | YT |
|---|---|---|---|
| ERS Retirement After Tax | | | |
| ERS Loans | 141.00 | | 3,384. |
| SEFA of Buffalo & Erie County | 5.00 | | 22. |
| Life Insurance PEF | 15.75 | | 339. |
| PEF Long Term Disability | 7.44 | | 165. |
| PEF Member | 18.45 | | 442. |

November 20, 2008

Deposited in the Account(s) of    DEBORAH S SMITH

### Direct Deposit Distribution

| Transit # | Account Type | Account Number(s) not displayed to protect your privacy | Deposit |
|---|---|---|---|
| 22239075? | Savings | | 40.00 |
| 02230?820 | Checking | | 1,081.11 |
| | | Total | 1,121.11 |

**Advice No. 49730243**

## NON-NEGOTIABLE

### NET DISTRIBUTIONS

| | |
|---|---|
| Advice # 49730243 | 1,121.11 |
| Check # | |
| Total | 1,121.11 |

**NON-NEGOTIABLE**

| Thomas P. DiNapoli State Comptroller | DEBORAH S SMITH | | | Total Gross | Fed Taxable Gross |
|---|---|---|---|---|---|
| | | | Current | 2,050.28 | 1,854.14 |
| | | | YTD | 51,253.89 | 46,139.06 |

| Advice # | 49952841 | Pay Start Date | 11/06/2008 | Negotiating Unit | 05 | **Net Pay** | **1,121.11** |
|---|---|---|---|---|---|---|---|
| Advice Date | 12/04/2008 | Pay End Date | 11/19/2008 | Retirement System | ERS | | |
| Department ID | 51330 | | | | | Pay Rate | 53,454.00 |

### EARNINGS

| EARNINGS | Current Hrs/Days | Earnings | YTD Hrs/Days | Earnings |
|---|---|---|---|---|
| Regular Pay Salary Employee | | 2,050.28 | | 49,200.61 |
| Retro Adj OT Meals | | | | 0.50 |
| Retro OT - Annuals | | | | 8.23 |
| Retro Regular Pay Salaried | | | | 2,044.55 |

### TAX DATA

| TAX DATA | Federal | State | NYC | Yonkers |
|---|---|---|---|---|
| Marital Status | S | S | | |
| Allowances | 0 | 0 | | |
| Addl. Amt. | | | | |

### TAXES

| TAXES | Current | YTD |
|---|---|---|
| Fed Withholding | 302.92 | 7,540.58 |
| Medicare | 26.60 | 711.72 |
| Social Security | 122.29 | 3,043.21 |
| NY Withholding | 93.36 | 2,319.63 |

### BEFORE TAX DEDUCTIONS

| BEFORE TAX DEDUCTIONS | Current | YTD |
|---|---|---|
| Regular Before Tax Health | 77.79 | 2,143.92 |
| Deferred Comp | 118.35 | 2,945.05 |
| Special Before Tax Health Adj | | 25.86 |

### AFTER TAX DEDUCTIONS

| AFTER TAX DEDUCTIONS | Current | YTD |
|---|---|---|
| ERS Retirement After Tax | | |
| ERS Loans | 141.00 | 3,525.00 |
| SEFA of Buffalo & Erie County | 3.00 | 75.00 |
| Life Insurance PEF | 15.75 | 355.41 |
| PEF Long Term Disability | 7.66 | 192.74 |
| PEF Member | 18.45 | 441.15 |

December 04, 2008

Advice No. **49952841**

Deposited in the Account(s) of     DEBORAH S SMITH

**NON-NEGOTIABLE**

| Direct Deposit Distribution | Account Number(s) not displayed to protect your privacy | |
|---|---|---|
| Transit # | Account Type | Deposit |
| 222380757 | Savings | 40.00 |
| 022307820 | Checking | 1,081.11 |
| | Total | 1,121.11 |

**NET DISTRIBUTIONS**

| Advice # 49952841 | 1,121.11 |
|---|---|
| Check # | |
| Total | 1,121.11 |

| Thomas P. DiNapoli State Comptroller | | DEBORAH S SMITH | | | | Total Gross | Fed Taxable Gross |
|---|---|---|---|---|---|---|---|
| | | | | | Current | 2,950.25 | 1,864.14 |
| | | | | | YTD | 55,304.17 | 47,993.20 |

| Advice # | 50173626 | Pay Start Date | 11/20/2008 | Negotiating Unit | 05 | Net Pay | 1,121.10 |
|---|---|---|---|---|---|---|---|
| Advice Date | 12/18/2008 | Pay End Date | 12/03/2008 | Retirement System | ERS | | |
| Department ID | 51330 | | | | | Pay Rate | 53,454.00 |

| EARNINGS | Current | | YTD | | TAX DATA | Federal | State | NYC | Yonkers |
|---|---|---|---|---|---|---|---|---|---|
| | Hrs/Days | Earnings | Hrs/Days | Earnings | | | | | |
| Regular Pay Salary Employee | | 2,950.25 | | 51,250.89 | Marital Status | S | S | | |
| Retro Adj OT Meals | | | | 8.50 | Allowances | 0 | 0 | | |
| Retro OT - Annuals | | | | 8.23 | Addl. Amt. | | | | |
| Retro Regular Pay Salaried | | | | 2,044.55 | | | | | |

| TAXES | | | Current | YTD |
|---|---|---|---|---|
| Fed Withholding | | | 382.92 | 7,843.50 |
| Medicare | | | 28.68 | 746.32 |
| Social Security | | | 122.38 | 3,165.51 |
| NY Withholding | | | 95.36 | 2,412.99 |

| BEFORE TAX DEDUCTIONS | Current | YTD | AFTER TAX DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|
| Regular Before Tax Health | 77.79 | 2,221.71 | ERS Retirement After Tax | 141.00 | 3,566.00 |
| Deferred Comp | 118.35 | 3,065.40 | ERS Loans | 3.00 | 76.08 |
| Special Before Tax Health Adj | | 25.86 | SEFA of Buffalo & Erie County | 15.75 | 371.16 |
| | | | Life Insurance PEF | 7.66 | 200.40 |
| | | | PEF Long Term Disability | 10.05 | 479.60 |
| | | | PEF Member | | |

December 18, 2008

Deposited in the Account(s) of  **DEBORAH S SMITH**

Advice No. **50173626**

**NON-NEGOTIABLE**

| Direct Deposit Distribution | Account Number(s) not displayed to protect your privacy | |
|---|---|---|
| Transit # | Account Type | Deposit |
| 222380757 | Savings | 40.00 |
| 022307820 | Checking | 1,081.10 |
| | | |
| Total | | 1,121.10 |

| NET DISTRIBUTIONS | |
|---|---|
| Advice # 50173626 | 1,121.10 |
| Check # | |
| Total | 1,121.10 |

**Thomas P. DiNapoli**
**State Comptroller**

**DEBORAH S SMITH**

|  | Total Gross | Fed Taxable Gross |
|---|---|---|
| Current | 2,950.28 | 1,836.03 |
| YTD | 55,556.45 | 49,829.23 |

Advice #  50396555
Advice Date  12/31/2008

Pay Start Date  12/04/2008
Pay End Date  12/17/2008

Negotiating Unit  05
Retirement System  ERS

**Net Pay**  **1,113.24**

Department ID  51330

Pay Rate  53,454.00

### EARNINGS

| | Current Hrs/Days | Earnings | YTD Hrs/Days | Earnings |
|---|---|---|---|---|
| Regular Pay Salary Employee | | 2,950.28 | | 55,301.17 |
| Retro Adj OT Meals | | | | 0.50 |
| Retro OT - Annuals | | | | 8.23 |
| Retro Regular Pay Salaried | | | | 2,546.55 |

### TAX DATA

| | Federal | State | NYC | Yonkers |
|---|---|---|---|---|
| Marital Status | S | S | | |
| Allowances | 0 | 0 | | |
| Addl. Amt. | | | | |

### TAXES

| | Current | YTD |
|---|---|---|
| Fed Withholding | 295.59 | 8,161.69 |
| Medicare | 28.32 | 768.64 |
| Social Security | 121.10 | 5,286.61 |
| NY Withholding | 92.12 | 2,565.11 |

### BEFORE TAX DEDUCTIONS

| | Current | YTD |
|---|---|---|
| Regular Before Tax Health | 97.06 | 2,318.77 |
| Deferred Comp | 117.19 | 5,189.59 |
| Special Before Tax Health Adj | | 25.86 |

### AFTER TAX DEDUCTIONS

| | Current | YTD |
|---|---|---|
| ERS Retirement After Tax | | |
| ERS Loans | | |
| Life Insurance PEF | 141.00 | 3,807.00 |
| PEF Long Term Disability | 15.75 | 386.91 |
| PEF Member | 7.66 | 208.46 |
| SEFA of Buffalo & Erie County | 18.45 | 496.05 |
| | | 78.00 |

---

December 31, 2008

Deposited in the Account(s) of    DEBORAH S SMITH

Advice No.  **50396555**

### Direct Deposit Distribution

Account Number(s) not displayed to protect your privacy

| Transit # | Account Type | Deposit |
|---|---|---|
| 222380757 | Savings | 40.00 |
| 022307820 | Checking | 1,073.24 |
| Total | | 1,113.24 |

# NON-NEGOTIABLE

### NET DISTRIBUTIONS

| Advice # 50396555 | 1,113.24 |
|---|---|
| Check # | |
| Total | 1,113.24 |

**Thomas P. DiNapoli**
**State Comptroller**

DEBORAH S SMITH

| | Current | YTD |
|---|---|---|
| Total Gross | 2,950.28 | 55,356.45 |
| Fed Taxable Gross | 1,836.47 | 49,829.22 |

| Advice # | 50396555 | Pay Start Date 12/04/2008 | Negotiating Unit | 05 | **Net Pay** | **1,113.24** |
|---|---|---|---|---|---|---|
| Advice Date | 12/31/2008 | Pay End Date 12/17/2008 | Retirement System | ERS | Pay Rate | 53,454.00 |

Department ID 51330

### EARNINGS

| | Current | | | | YTD | | TAX DATA | | Federal | State | NYC | Yonkers |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hrs/Days | Earnings | | Hrs/Days | Earnings | | | | | | | |
| Regular Pay Salary Employee | | 2,950.26 | | | 53,501.12 | | Marital Status | | S | S | | |
| Retro Adj OT Meals | | | | | 0.50 | | Allowances | | 6 | 0 | | |
| Retro OT Annuals | | | | | 8.23 | | Add'l Amt | | | | | |
| Retro Regular Pay Salaried | | | | | 2,644.55 | | | | | | | |

| | | | | | | | TAXES | Current | | | | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Fed Withholding | 218.55 | | | | 6,141.65 |
| | | | | | | | Medicare | 28.52 | | | | 766.14 |
| | | | | | | | Social Security | 121.16 | | | | 5,284.34 |
| | | | | | | | NY Withholding | 92.12 | | | | 2,595.11 |

### BEFORE TAX DEDUCTIONS

| | Current | YTD | | AFTER TAX DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|---|
| Regular Before Tax Health | 97.46 | 2,516.27 | | ERS Retirement After Tax | 141.90 | 5,897.0 |
| Deferred Comp | 117.15 | 5,180.59 | | ERS Loans | 15.75 | 586.1 |
| Special Before Tax Health Adj | | 28.65 | | Life Insurance PEF | 7.16 | 205.1 |
| | | | | PEF Long Term Disability | 16.65 | 490.1 |
| | | | | PEF Member | | 78.0 |
| | | | | SEFA of Buffalo & Erie Cnrwy | | |

---

## December 31, 2008

Deposited in the Account(s) of     DEBORAH S SMITH

### Direct Deposit Distribution   Account Number(s) not displayed to protect your privacy

| Transit # | Account Type | Deposit |
|---|---|---|
| 222380757 | Savings | 46.00 |
| 072030780 | Checking | 1,075.24 |
| | | |
| **Total** | | **1,113.24** |

---

Advice No. **50396555**

## NON-NEGOTIABLE

| | |
|---|---|
| Advice # 50396555 | 1,113.24 |
| Check # | |
| **Total** | **1,113.24** |

02/24/2009 09:23   716-938-9145   DH LA   PAGE 04/06

| Thomas P. DiNapoli State Comptroller | | DEBORAH S SMITH | | | | | Total Gross | Fed Taxable Gross |
|---|---|---|---|---|---|---|---|---|
| | | | | | Current | | 2,850.28 | 1,836.83 |
| | | | | | YTD | | 2,850.28 | 1,836.83 |

| Check # | 26824786 | Pay Start Date | 12/18/2008 | Negotiating Unit | 05 | **Net Pay** | **1,115.97** |
|---|---|---|---|---|---|---|---|
| Check Date | 01/15/2009 | Pay End Date | 12/31/2008 | Retirement System | ERS | | |
| Department ID | 51330 | | | | | Pay Rate | 53,454.00 |

| EARNINGS | | Current | | YTD | | TAX DATA | Federal | State | NYC | Yonkers |
|---|---|---|---|---|---|---|---|---|---|---|
| | Hrs/Days | Earnings | Hrs/Days | Earnings | | | | | | |
| Regular Pay Salary Employee | | 2,850.28 | | 2,850.28 | | Marital Status | S | S | | |
| | | | | | | Allowances | 0 | 0 | | |
| | | | | | | Addl. Amt. | | | | |

| TAXES | Current | YTD |
|---|---|---|
| Fed Withholding | 292.66 | 292.66 |
| Medicare | 26.32 | 26.82 |
| Social Security | 121.10 | 121.10 |
| NY Withholding | 92.12 | 92.12 |

| BEFORE TAX DEDUCTIONS | Current | YTD | AFTER TAX DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|
| Regular Before Tax Health | 97.86 | 97.86 | ERS Retirement After Tax | | |
| Deferred Comp | 117.19 | 117.19 | ERS Loans | 141.00 | 141.00 |
| | | | SEFA of Buffalo & Erie County | 5.00 | 5.00 |
| | | | Life Insurance PEF | 15.75 | 15.75 |
| | | | PEF Long Term Disability | 7.66 | 7.66 |
| | | | PEF Member | 18.45 | 18.45 |

# Thomas P. DiNapoli
## State Comptroller

**DEBORAH S SMITH**

| Check # | 26884344 | Pay Start Date | 01/01/2009 | Negotiating Unit | 05 |
| Check Date | 01/29/2009 | Pay End Date | 01/14/2009 | Retirement System | ERS |

Department ID  51330

|  | Current | Total Gross | Fed Taxable Gross |
| --- | --- | --- | --- |
| Current | 2,050.28 | 1,836.4? |
| YTD | 4,100.56 | 3,172.8? |

## Net Pay  1,114.69

Pay Rate  53,454.00

### EARNINGS

| | Hrs/Days | Current Earnings | Hrs/Days | YTD Earnings |
| --- | --- | --- | --- | --- |
| Regular Pay Salary Employee | | 2,050.28 | | 4,100.56 |

### TAX DATA

| | Federal | State | NYC | Yonkers |
| --- | --- | --- | --- | --- |
| Marital Status | S | S | | |
| Allowances | 0 | 1 | | |
| Addl. Amt. | | | | |

### TAXES

| | Current | YTD |
| --- | --- | --- |
| Fed Withholding | 212.15 | 585.5? |
| Medicare | 28.32 | 56.6? |
| Social Security | 121.18 | 242.2? |
| NY Withholding | 92.12 | 184.2? |

### BEFORE TAX DEDUCTIONS

| | Current | YTD |
| --- | --- | --- |
| Regular Before Tax Health | 97.04 | 194.12 |
| Deferred Comp. | 117.11 | 234.38 |

### AFTER TAX DEDUCTIONS

| | Current | YTD |
| --- | --- | --- |
| ERS Retirement After Tax | | |
| ERS Loans | | |
| SEFA of Buffalo & Erie County | | |
| Life Insurance PEF | | |
| PEF Long Term Disability | | |
| PEF Member | | |

---

# Thomas P. DiNapoli
## State Comptroller

**DEBORAH S SMITH**

| Check # | 26949302 | Pay Start Date | 01/15/2009 | Negotiating Unit | 05 |
| Check Date | 02/12/2009 | Pay End Date | 01/28/2009 | Retirement System | ERS |

Department ID  51330

|  | Current | Total Gross | Fed Taxable Gross |
| --- | --- | --- | --- |
| Current | 2,050.28 | 1,836.? |
| YTD | 6,150.84 | 5,009.? |

## Net Pay  1,065.68

Pay Rate  53,454.00

### EARNINGS

| | Hrs/Days | Current Earnings | Hrs/Days | YTD Earnings |
| --- | --- | --- | --- | --- |
| Regular Pay Salary Employee | | 2,050.28 | | 6,150.84 |

### TAX DATA

| | Federal | State | NYC | Yonkers |
| --- | --- | --- | --- | --- |
| Marital Status | S | S | | |
| Allowances | 0 | 1 | | |
| Addl. Amt. | | | | |

### TAXES

| | Current | YTD |
| --- | --- | --- |
| Fed Withholding | 197.44 | 877.9 |
| Medicare | 28.32 | 84.9 |
| Social Security | 121.18 | 363.3 |
| NY Withholding | 92.12 | 276.3 |

### BEFORE TAX DEDUCTIONS

| | Current | YTD |
| --- | --- | --- |
| Regular Before Tax Health | 97.06 | 291.18 |
| Deferred Comp. | 117.19 | 351.57 |

### AFTER TAX DEDUCTIONS

| | Current | YTD |
| --- | --- | --- |
| ERS Retirement After Tax | | 472. |
| ERS Loans | | 1. |
| SEFA of Buffalo & Erie County | 3.00 | 47. |
| Life Insurance PEF | 16.75 | 25. |
| PEF Long Term Disability | 6.94 | 88. |
| PEF Member | | 88. |

LV DH   716-938-9145   02/24/2009 09:23   PAGE 02/06

**Thomas P. DiNapoli State Comptroller**

DEBORAH S SMITH

| Check # | 27017004 | Pay Start Date | 01/29/2009 | Negotiating Unit | 05 |
| Check Date | 02/26/2009 | Pay End Date | 02/11/2009 | Retirement System | ERS |

Department ID 51330

| | Current | YTD | | |
| Total Gross | 2,059.28 | 1,856.83 | | |
| YTD | 5,291.12 | 7,344.12 | Fed Taxable Gross | |

**Net Pay** 1,065.69

**Pay Rate** 53,454.00

### EARNINGS

| | Hrs/Days | Current Earnings | Hrs/Days | YTD Earnings |
| Regular Pay Salary Employee | | 2,055.20 | | 6,291.12 |

### TAX DATA

| Federal | State | NYC | Yonkers |
| $ 0 | $ 0 | | |

Marital Status Allowances Addt Amt.

### TAXES

| | Current | YTD |
| Fed Withholding | 292.04 | 3,179.44 |
| Medicare | 29.32 | 113.21 |
| Social Security | 125.10 | 484.40 |
| NY Withholding | 92.12 | 316.48 |

### BEFORE TAX DEDUCTIONS

| | Current | YTD |
| Regular Before Tax Health | 97.06 | 588.26 |
| Deferred Comp | 117.11 | 468.76 |

### AFTER TAX DEDUCTIONS

| | Current | YTD |
| ERS Retirement After Tax | | |
| ERS Loans | 199.00 | 662.99 |
| SEFA of Buffalo & Erie County | 3.00 | 12.00 |
| Life Insurance PEF | 10.75 | 84.40 |
| PEF Long Term Disability | 4.44 | 44.40 |
| PEF Member | 18.48 | 75.88 |

---

**Thomas P. DiNapoli State Comptroller**

DEBORAH S SMITH

| Check # | 26948302 | Pay Start Date | 01/15/2009 | Negotiating Unit | 05 |
| Check Date | 02/12/2009 | Pay End Date | 01/28/2009 | Retirement System | ERS |

Department ID 51330

| | Current | YTD | | |
| Total Gross | 2,005.28 | 1,851.83 | | |
| YTD | 6,106.66 | 5,508.09 | Fed Taxable Gross | |

**Net Pay** 1,065.68

**Pay Rate** 53,454.00

### EARNINGS

| | Hrs/Days | Current Earnings | Hrs/Days | YTD Earnings |
| Regular Pay Salary Employee | | 2,058.28 | | 6,151.64 |

### TAX DATA

| Federal | State | NYC | Yonkers |
| $ 0 | $ 0 | | |

Marital Status Allowances Addt Amt.

### TAXES

| | Current | YTD |
| Fed Withholding | 292.16 | 877.95 |
| Medicare | 28.33 | 84.97 |
| Social Security | 121.10 | 363.38 |
| NY Withholding | 92.12 | 276.86 |

### BEFORE TAX DEDUCTIONS

| | Current | YTD |
| Regular Before Tax Health | 97.06 | 291.18 |
| Deferred Comp | 117.11 | 351.57 |

### AFTER TAX DEDUCTIONS

| | Current | YTD |
| ERS Retirement After Tax | | |
| ERS Loans | | 422.49 |
| SEFA of Buffalo & Erie County | 3.00 | 9.00 |
| Life Insurance PEF | 15.75 | 47.29 |
| PEF Long Term Disability | 4.44 | 22.59 |
| PEF Member | 14.65 | 34.44 |

**Thomas P. DiNapoli**
**State Comptroller**

**DEBORAH S SMITH**

| | Total Gross | Fed Taxable Gross |
|---|---|---|
| Current | 2,050.28 | 1,836.05 |
| YTD | 10,251.40 | 7,189.15 |

Check #. 27090178
Check Date 03/12/2009

| Pay Start Date | 02/12/2009 | Negotiating Unit | 05 |
|---|---|---|---|
| Pay End Date | 02/25/2009 | Retirement System | ERS |

**Net Pay** **1,065.69**

Department ID 51330

Pay Rate 53,454.00

| EARNINGS | Current Hrs/Days | Earnings | YTD Hrs/Days | Earnings |
|---|---|---|---|---|
| Regular Pay Salary Employee | | 2,050.28 | | 10,251.40 |

| TAX DATA | Federal | State | NYC | Yonkers |
|---|---|---|---|---|
| Marital Status | S | S | | |
| Allowances | 0 | 0 | | |
| Addl. Amt. | | | | |

| TAXES | Current | YTD |
|---|---|---|
| Fed Withholding | 292.66 | 1,465.58 |
| Medicare | 28.32 | 141.61 |
| Social Security | 121.10 | 605.58 |
| NY Withholding | 92.12 | 460.60 |

| BEFORE TAX DEDUCTIONS | Current | YTD |
|---|---|---|
| Regular Before Tax Health | 97.86 | 485.38 |
| Deferred Comp | 117.19 | 585.95 |

| AFTER TAX DEDUCTIONS | Current | YTD |
|---|---|---|
| ERS Retirement After Tax | | |
| ERS Loans | 190.00 | 652.00 |
| SEFA of Buffalo & Erie County | 3.00 | 15.00 |
| Life Insurance PEF | 15.75 | 78.75 |
| PEF Long Term Disability | 8.94 | 43.42 |
| PEF Member | 18.45 | 92.25 |

# United States Bankruptcy Court
## Western District of New York

**IN RE:**                                                                Case No. _____

**Smith, Deborah S.**  _____   Chapter **7**  _____
                                        Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 128,000.00 | | |
| B - Personal Property | Yes | 3 | $ 26,845.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 157,726.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | $ 207,267.87 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 4 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $ 2,308.98 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 2,947.00 |
| | TOTAL | 29 | $ 154,845.00 | $ 364,993.87 | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Western District of New York**

IN RE:                                                                    Case No. _____

**Smith, Deborah S.** _____    Chapter **7** _____
                              Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | **0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | **0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | **0.00** |
| Student Loan Obligations (from Schedule F) | $ | **6,774.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | **0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | **0.00** |
| **TOTAL** | $ | **6,774.00** |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | **2,308.98** |
| Average Expenses (from Schedule J, Line 18) | $ | **2,947.00** |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | **4,442.27** |

**State the following:**

| | | | |
|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ | **37,726.00** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ **0.00** | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ | **0.00** |
| 4. Total from Schedule F | | $ | **207,267.87** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ | **244,993.87** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only